IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:05CR201-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. DNCW5:05CR201 |
| ) | (Financial Litigation Unit) |
| PATRICK BRIAN BROOKS ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| TUBE SPECIALTIES CO INC., ) | |
| Garnishee. ) | |

**DISMISSAL OF WRIT OF CONTINUING GARNISHMENT**

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Continuing Garnishment filed in this case against Defendant Patrick Brian Brooks is DISMISSED.

Signed: February 16, 2016

Richard L. Voorhees
United States District Judge